**Juan Carlos HERNANDEZ– MARINERO, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 09–73684.

United States Court of Appeals, Ninth Circuit.

---

Submitted July 12, 2011.*

Filed July 22, 2011.

Gerald Kenneth Roberts, Law Offices of Gerald K. Roberts, Pittsburg, CA, for Petitioner.

Jason Wisecup, U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: SCHROEDER, ALARCÓN, and LEAVY, Circuit Judges.

MEMORANDUM **

Juan Carlos Hernandez–Marinero, a native and citizen of El Salvador, petitions for review of the Board of Immigration Appeals' order dismissing his appeal from the immigration judge's decision denying his application for asylum and withholding of removal. Our jurisdiction is governed by 8 U.S.C. § 1252. We review for substantial evidence the agency's factual findings. *Santos–Lemus v. Mukasey*, 542 F.3d 738, 742 (9th Cir.2008). We deny the petition for review.

Substantial evidence supports the agency's finding that Hernandez–Marinero failed to establish past persecution or a well-founded fear of future persecution because the isolated assault by unknown assailants was not on account of a protected ground. *See INS v. Elias–Zacarias*, 502 U.S. 478, 481 & n. 1, 112 S.Ct. 812, 117 L.Ed.2d 38 (1992). Accordingly, Hernan-

dez–Marinero's asylum and withholding of removal claims fail. *See Barrios v. Holder*, 581 F.3d 849, 856 (9th Cir.2009).

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

